OPINION — AG — ** PURCHASE OF AMBULANCE — REVENUE SHARING FUNDS ** A BOARD OF COUNTY COMMISSIONERS IS 'NOT' AUTHORIZED UNDER 19 O.S. 371 [19-371] TO PURCHASE AN AMBULANCE; AND THEREFORE, CANNOT PURCHASE AN AMBULANCE WITH FUNDS RECEIVED UNDER THE 'STATE AND LOCAL FISCAL ASSISTANCE ACT OF 1972'. (FEDERAL FUNDS, CONTRACT) CITE: 19 O.S. 371 [19-371] (NATHAN J. GIGGER)